IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT MACHINSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLY BANK, et al.,<br><br>　　　　Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00292-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

　　　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Cecilia M. Romero on February 2, 2026, recommending the Court grant Defendant Ally Bank's Motion to Dismiss (ECF No. 71), deny Plaintiff's Motion to Amend (ECF No. 77), and allow Plaintiff leave to file a second amended complaint that comports with the rulings made in the Report and Recommendation.[1]  The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[2]  Plaintiff filed a notice of non-objection.[3]  Defendants did not object or make any other filing.

　　　　Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts it.

---

[1] *See* Report and Recommendation (ECF No. 85).

[2] *See id.* at 15.

[3] ECF No. 87.

# ORDER

Based on the above, the Court ADOPTS the Report and Recommendation (ECF No. 85):

1. GRANTS Defendant Ally Bank's Motion to Dismiss (ECF No. 71), dismissing Plaintiff's First Amended Complaint for failure to state a claim, but without prejudice to a potential future amendment;

2. DENIES Plaintiff's Motion to Amend (ECF No. 77); and

3. FURTHER ORDERS Plaintiff may file a second amended complaint that comports with rulings made, and now adopted, in the Report and Recommendation within twenty-eight (28) days.

DATED this 19th day of February 2026.   By the Court:

_____
Ann Marie McIff Allen
United States District Judge